**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Darletha Kadera Kalisa Bostic, Tyrone Dease-Quick aka
Tyrone Quick, and John Doe, Defendants,

Of whom Darletha Kadera Kalisa Bostic is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000023

———————

Appeal From Marlboro County
W. Greg Seigler, Family Court Judge

———————

Unpublished Opinion No. 2025-UP-249
Submitted July 8, 2025 – Filed July 15, 2025

———————

**AFFIRMED**

———————

Sarah Crawford Campbell, of Campbell Law, LLC, of
Chesterfield, for Appellant.

Laurel Ammons Hayes, of the South Carolina
Department of Social Services, of Dillon, for
Respondent.

Elizabeth Rogers Munnerlyn, of Elizabeth R. Munnerlyn, PA, of Bennettsville, for the Guardian ad Litem.

————————

**PER CURIAM:**  Darletha Kadera Kalisa Bostic appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and GEATHERS and TURNER, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.